IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEFAN BERNARDINO CHAVEZ,<br><br>Defendant. | 8:23CR66<br><br>ORDER |

This matter is before the Court on the government's Redaction Request (Filing No. 90). After review, the Court finds the request should be granted. Accordingly,

IT IS ORDERED:

1. The government's Redaction Request (Filing No. 90) is granted. The court reporter is directed to redact the Transcript of Sentencing Proceedings (Filing No. 82) as requested by the government.

2. The Clerk's Office is directed to restrict the Transcript of Sentencing Proceedings (Filing No. 82).

Dated this 30th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge