IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESTEFAN BERNARDINO CHAVEZ,<br><br>　　　　　　Defendant. | 8:23CR66<br><br><br>**ORDER** |

　　　　This matter is before the Court on defendant Estefan Bernardino Chavez's ("Chavez") *pro se* motion to extend (Filing No. 96). Chavez is requesting the deadline be extended for him to file his response regarding his § 2255 motion. He indicates his "status in incarceration has changed to the Special Housing Unit of Leavenworth" and he is "not provided in this unit, access to [his] legal documents, or any legal library, or system that can provide case numbers or procedures for such a request." Chavez's motion is granted and his response date is extended to June 5, 2025.

　　　　In light of the foregoing,

　　　　IT IS ORDERED:

1. Defendant Estefan Bernardino Chavez's motion (Filing No. 96) is granted, and he is given leave to either file a brief in support of his current § 2255 motion (Filing No. 93-1) or amend the motion on or before June 5, 2025. No further extensions will be granted.

2. The government shall then respond to Chavez's motion within thirty days.

3. If Chavez takes no further action on his motion in the time allowed, the Court will rule on his request for post-conviction relief as is without further notice.

4. The Clerk of Court is directed to send a copy of this order to Chavez at his address of record.

Dated this 2nd day of May 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge