IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEFAN BERNARDINO CHAVEZ,<br><br>Defendant. | 8:23CR66<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 109), judgment is entered in favor of the United States of America and against Estefan Barnardino Chavez.

Dated this 26th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge